USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_2/3/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEEL SHUJA,

                Plaintiff,

        - against -

ABBVIE INC.,
ZELTIQ AESTHETICS, INC.,
ALLERGAN USA, INC.,
ALLERGAN, INC. d/b/a ALLERGAN
AESTHETICS,
ALLERGAN UNLIMITED COMPANY f/k/a
ALLERGAN PLC,
ALLERGAN SALES, LLC, and
ALLERGAN HOLDCO US, INC.,
COOLSPA, LLC, and
DAVID P. RAPAPORT, M.D.,

                Defendants.

25 Civ. 08939 (VM)

**DECISION AND ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 15, 2026, this Court issued a Decision and Order (the "Order," Dkt. No. 30) granting Plaintiff Adeel Shuja's ("Shuja's") motion for joinder and remand to the Supreme Court of the State of New York, Bronx County (Dkt. No. 24.). The Order directed Shuja to serve and file an amended complaint within thirty days of the date of the Order, adding Coolspa, LLC and David P. Rapaport as defendants. The Order also directed the Clerk of the Court to remand the case to the Supreme Court of the State of New York, Bronx County upon the filing and service of Shuja's amended complaint. On February 2, 2026, Shuja filed an amended complaint (Dkt. No.

31) adding Coolspa, LLC and David P. Rapaport as defendants in this action.

Accordingly, the Clerk of Court is respectfully directed to remand the case to the Supreme Court of the State of New York, Bronx County.


**SO ORDERED.**

Dated:    3 February 2026
          New York, New York

Victor Marrero
U.S.D.J.

2